UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHRISTA MYRICK,

    Plaintiff,

v.                CASE NO. 3:17cv187-MCR-GRJ

NAVY FEDERAL CREDIT UNION,

    Defendant.
_____/

## NOTICE

On March 15, 2018, this cause was DISMISSED WITH PREJUDICE under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure by stipulation of the parties.  (*See* ECF No. 27).  Accordingly the Clerk is directed to close the file.

**DONE and ORDERED** this 16th day of March 2018.

        *s/ M. Casey Rodgers*
        **M. CASEY RODGERS**
        **CHIEF UNITED STATES DISTRICT JUDGE**